JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Narguess Noohi, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Drybar Holdings LLC, and Does 1-20 inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-08456-JFW-MRWx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Narguess Noohi and Defendant Drybar Holdings LLC filed with the Court a Stipulation for Dismissal With Prejudice of the above-captioned action in its entirety. Upon consideration of the Stipulation for Dismissal With Prejudice, IT IS HEREBY ORDERED AS FOLLOWS:

The Stipulation for Dismissal With Prejudice is GRANTED and the above-captioned action is dismissed with prejudice including all claims stated or that could have been stated herein, with each side to bear her or its own costs and attorneys' fees.

Date: January 14, 2019

The Hon. John F. Walter